UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE VODDEN, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> -v- <br><br> WW INTERNATIONAL, INC., <br><br> Defendant. | 20 Civ. 3856 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On August 3, 2020, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 12. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint in response to the motion to dismiss by **August 24, 2020**. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by **September 14, 2020**, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by **August 24, 2020**. Defendants' reply, if any, shall be served by **August 31, 2020**. At the time any reply is served, the moving party shall supply the Court with an electronic courtesy copy of all motion papers, as PDF files, by emailing them to: EngelmayerNYSDchambers@nysd.uscourts.gov

---

[1] If defendant files a new motion to dismiss or rely on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

2

SO ORDERED.

*[signature: Paul A. Engelmayer]*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2020
       New York, New York

2