IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE VODDEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>WW INTERNATIONAL, INC.,<br><br>      Defendant. | Civil Action No.: 20-cv-03856-PAE |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kyle Vodden hereby dismisses without prejudice all claims against Defendant WW International, Inc.

Dated: New York, New York
   August 17, 2020

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*

Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: fklorczyk@bursor.com

*Attorneys for Plaintiff*